COPY

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

E-FILING

ADR

**C08  02927** RMW

PVT

| | |
|---|---|
| United Van Lines, LLC | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| | ) |
| Helene Goldstein | ) |
| | ) |
| Defendant | ) |

## Summons in a Civil Action

To: <u>Helene Goldstein</u>

*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregg S. Garfinkel, Esq.
21550 Oxnard Street
Suite 200
Woodland Hills, CA 91367
(818) 999-2232 (Fax) (818) 999-2269

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<u>Richard W. Wieking</u>
Name of clerk of court

Tiffany Salinas-Harwell

JUN 1 2 2008

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440