NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gregg S. Garfinkel
Gregg S. Garfinkel/Amy W. Lewis
STONE ROSENBLATT & CHA
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
(818) 999-2232

ATTORNEYS FOR:

**E-FILING**    **FILED**

2008 JUN 12 P 2: 16

**ADR**    RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
~~Northern~~ **CENTRAL DISTRICT OF CALIFORNIA**

| United Van Lines, LLC | |
|---|---|
| v. Plaintiff(s), | CASE NUMBER **C08 02927** RMW PVT |
| Helene Goldstein | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _the plaintiff_
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                      **CONNECTION**     **BY FAX**

(List the names of all such parties and identify their connection and interest.)

United Van Lines, LLC                          Plaintiff
Helene Goldstein                               Defendant
None other at this time.

June 12, 2008
Date

Sign
Gregg S. Garfinkel

Attorney of record for or party appearing in pro per
plaintiff

CV-30 (12/03)                   **NOTICE OF INTERESTED PARTIES**                   CCDCV30