Gregg S. Garfinkel (State Bar No. 156632)
Amy W. Lewis (State Bar No. 158999)
**STONE | ROSENBLATT | CHA, PLC**
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269
 ggarfinkel@srclaw.com
Attorneys for Plaintiff
UNITED VAN LINES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT - SAN JOSE BRANCH

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>HELENE GOLDSTEIN<br><br>　　　　Defendants. | Case No.: C08-02927 RMW<br><br>**NOTICE OF DISMISSAL OF UNITED VAN LINES, LLC'S COMPLAINT IN ITS ENTIRETY; [PROPOSED] ORDER THEREON** |

TO THIS HONORABLE COURT AND DEFENDANT:

PLEASE TAKE NOTICE that Plaintiff UNITED VAN LINES, LLC's Complaint for Declaratory Relief against Defendant, HELENE GOLDSTEIN and DOES 1 to 10 is hereby dismissed, with prejudice, pursuant to FRCP 41.

DATED: August 5, 2008

　　　　　　　　　　　　　　　　　STONE | ROSENBLATT | CHA
　　　　　　　　　　　　　　　　　A Professional Law Corporation

　　　　　　　　　　　　　　　　　By: *Amy W. Lewis*
　　　　　　　　　　　　　　　　　　　GREGG S. GARFINKEL
　　　　　　　　　　　　　　　　　　　AMY W. LEWIS
　　　　　　　　　	　　　　　　　	Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　UNITED VAN LINES, LLC

///

**ORDER OF DISMISSAL**

Premised upon the above Notice and pursuant to FRCP 41, it is hereby ordered that Plaintiff UNITED VAN LINES, LLC's Complaint for Declaratory Relief, Case No. C08-02927 (RMW) be dismissed in its entirety with prejudice as to all defendants.

Dated:_____

_____
The Honorable Ronald M. Whyte of the
United States District Court for the
Northern District of California